Seth J. Adams, Esq.
Nevada Bar No. 11034
WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada  89511
Telephone:  775-688-3000
Fax:  775-688-3088
sadams@woodburnandwedge.com

Attorney for Plaintiff, MMSP LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MMSPDC LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>*vs*.<br><br>TINA LUIS, an individual; ALISON HICKS, an individual; DIANE STOVALL, an individual; BRYAN M. O'CONNELL, an individual; JAMES SCOTT STOVALL, an individual;<br><br>Defendants. | Case No.: 3:26-cv-00040-MMD-CLB<br><br>**ORDER GRANTING STIPULATION EXTENDING DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS COMPLAINT AND REPLY TO OPPOSITION**<br>**(FIRST REQUEST)** |

Plaintiff MMSPDC, LLC ("Plaintiff") and Defendants Tina Luis, Alison Hicks, Diane Stovall, Bryan M. O'Connell and James Scott Stovall ("Defendants"), collectively referred to herein as the ("Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1.      The Parties agree to extend the deadline for Plaintiff to file its opposition to Defendants' Joint Motion to Dismiss Complaint Pursuant to FRCP 12(b)(2) and 12(b)3 ("Joint Motion") filed on February 27, 2026 [ECF 7] from March 13, 2026 to March 20, 2026.

2.      The Parties further agree to allow Defendants to file their replies to Plaintiff's opposition no later than April 3, 2026.

3.      Pursuant to LR IA 6-1, this is the Parties' first request for an extension of time of this deadline.

4.      These extensions are made in good faith and not for dilatory purposes, but rather to accommodate the schedule of Plaintiff's counsel who is scheduled to be traveling out of state on the date of the initial deadline.

The Parties respectfully request that the Court approve this stipulation to extend the deadline for Plaintiff to file its opposition to Defendants' Joint Motion from March 13, 2026 to March 20, 2026 and for Defendants to file their reply no later than April 3, 2026.

Dated this 13th day of March, 2026

**NEWMEYER & DILLION LLP**

/s/ J. Nathan Owens
J. NATHAN OWENS, ESQ.
State Bar No. 12843
3800 Howard Hughes Pkwy, Suite 950
Las Vegas, Nevada 89169
*Attorneys for Defendants*
TINA LUIS and JAMES SCOTT STOVALL

Dated this 13th day of March, 2026

**WOODBURN AND WEDGE**

/s/ Seth J. Adams
SETH J. ADAMS, ESQ.
State Bar No. 11034
6100 Neil Road, Suite 500
Reno, Nevada  89511
*Attorneys for Plaintiff* MMSPDC LLC,

Dated this 13th day of March, 2026

**GORDON REES SCULLY MANSUKHANI LLP**

/s/ Sean P. Flynn
SEAN P. FLYNN, ESQ.
State Bar No. 15408
1 Liberty Street, Suite 424
Reno, NV 89501
*Attorneys for Defendants*
ALISON HICKS, DIANE STOVALL, and BRYAN M. O'CONNELL

# # #

For good cause based upon the Parties' Stipulation as set forth above, the Parties' Stipulation is hereby GRANTED. The Plaintiff shall file its opposition to Defendants' Joint Motion to Dismiss Complaint no later than **March 20, 2026**, and Defendants shall file their reply to the opposition no later than **April 3, 2026**.

**IT IS SO ORDERED:**

DATED this 16th day of _____March_____, 2026.

_____
U.S. DISTRICT JUDGE