**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MMSPDC LLC, | Case No. 3:26-CV-00040-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | [ECF No. 7, 12] |
| TINA LUIS, *et al.*, | |
| Defendants. | |

On May 7, 2026, the parties filed a joint case management report. (ECF No. 23.) The parties request that the Court defer setting a discovery plan and scheduling order until after the currently pending motions to dismiss the complaint, (ECF No. 7), and motion for leave to conduct discovery as to the motion to dismiss, (ECF No. 12), are decided. (ECF No. 23 at 6.) The Court agrees with the parties and will not enter a discovery plan and scheduling order until after the two currently pending motions are resolved.

Thus, discovery is stayed until resolution of those two motions. Upon entry of the District Court's order resolving the two pending motions, should the case survive the motion to dismiss or the Court orders discovery for the motion to dismiss, the parties shall submit a discovery plan and scheduling order consistent with the District Court's decision.

**IT IS SO ORDERED**.

**DATED**: May 19, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**